IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**JENNIFER LYNN REYES,**

      Plaintiffs,

v.                                      Civil No.  08-2576-CM

**PIONEER CREDIT RECOVERY, INC.,**

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff filed a Notice of Voluntary Dismissal, (Doc. 3) on December 11, 2008. Accordingly, it is hereby

ORDERED that good cause has been shown by the plaintiff and this case is hereby dismissed with prejudice, each party to bear its own costs.

**IT IS SO ORDERED** this 12th day of December, 2008 at Kansas City, Kansas.

                                                      s/ Carlos Murguia
                                                      **Carlos Murguia**
                                                      **U.S. District Judge**